# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN MARIE CASEY, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a Delaware Corporation; and DOES 1 to 10, Inclusive,<br><br>Defendants. | Case No.   2:24-cv-02540-SVW-SSC<br><br>**ORDER OF DISMISSAL PURSUANT TO STIPULATION**<br><br>Action filed: February 22, 2024<br>Trial date:   None Set |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:   May 23, 2024

_____
Stephen V. Wilson
United States District Judge

1

[PROPOSED] ORDER OF DISMISSAL PURSUANT TO STIPULATION